# United States District Court
## Southern District of Georgia

OWNERS INSURANCE COMPANY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 617-114

JACK L. DEAL; MICKIE L. DEAL; LEWIS PROPERTIES, LLP; WALTER M. LEWIS; THOMAS E. LEWIS, SR.; RANDY LEWIS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 16, 2018, that Plaintiff's Motion for Dismissal is GRANTED. The only pending motion is Plaintiff's motion for summary judgment, which does not preclude its own motion for dismissal without prejudice; therefore, Plaintiff's action against Defendants is dismissed WITHOUT PREJUDICE. This case stands CLOSED.



10/16/2018  
Date

Scott L. Poff  
Clerk

/s/ Jamie Hodge  
(By) Deputy Clerk